UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/13/21

    -against-

ROSA SANTIAGO RODRIGUEZ,

               Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 729 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference on Tuesday, October 19, 2021, at 11:00 a.m.

    Members of the press and public who wish to hear the proceedings shall dial 1-888-363-4749, and enter access code 1613818. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceedings is permitted.

    SO ORDERED.

Dated: New York, New York
       October 13, 2021

                                         /s/ Kimba M. Wood
                                        KIMBA M. WOOD
                                UNITED STATES DISTRICT JUDGE