UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/6/22
```

-----------------------------------------------------------------x

UNITED STATES OF AMERICA

     -against                           **ORDER**
                                         19 CR 729 (KMW)

ROSA SANTIAGO RODRIGUEZ,

                    Defendant.

-----------------------------------------------------------------x

KIMBA M. WOOD, District Judge:

       The Court will hold a remote conference, in the above-captioned case, on Thursday,

January 13, 2022, at 9:00 a.m. Members of the press and public who wish to hear the proceeding

may dial 1-888-363-4749 and enter Access Code 1613818. Consistent with the standing orders

of this court and the local rules, no recording or rebroadcasting of the proceeding is permitted.

       SO ORDERED.

Dated: New York, New York
       January 5, 2022

                      *Kimba M. Wood*

                      KIMBA M. WOOD
             UNITED STATES DISTRICT JUDGE