

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/16/22

February 15, 2022

**BY ECF**
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

# MEMO ENDORSED

Re:  *United States v. Rosa Santiago Rodriguez*, No. S1 19 Cr. 729 (KMW)

Dear Judge Wood:

The Government writes to update the Court regarding the status of this case. Since the last conference on January 13, 2022, the defendant has successfully completed a safety valve proffer, and the Government has extended a plea offer to the defendant. The parties' discussions to resolve the case are ongoing. Accordingly, the parties request to schedule a conference in two weeks, at which time the defendant will either plead guilty, or the Court will set a motion schedule and trial date. In addition, the Government requests to exclude time under the Speedy Trial Act until the date of the next conference in order to permit the defendant sufficient time to consider how she wants to proceed with the case, and defense counsel consents to this request.

A conference is scheduled for March 16, 2022, at 2:30 p.m. Time is excluded, pursuant to 18 USC 3161(h)(1)(A), through March 16, 2022. The Court refers any change of plea to the magistrate.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Cecilia Vogel*
Cecilia E. Vogel
Assistant United States Attorney
(212) 637-1084

cc: Richard Lind, Esq. (by ECF)

SO ORDERED:  N.Y., N.Y. 2/16/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.