UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

        -against-

ROSA SANTIAGO RODRIGUEZ,

                     Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 729 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/22

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference, to address the defendant's request for change of counsel, on Thursday, March 24, 2022, at 11:00 a.m. The Court send a link to the parties, and post dial-in information for the public, one week before the conference.

    SO ORDERED.

Dated: New York, New York
          March 4, 2022

                                                  _____
                                                        KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE