UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------x

UNITED STATES OF AMERICA

      -against

ROSA SANTIAGO RODRIGUEZ,

                    Defendant.

---------------------------------------------------------------------x

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/22
```

**ORDER**
19 CR 729 (KMW)

KIMBA M. WOOD, District Judge:

The Court will hold a remote conference, in the above-captioned case, on Thursday,

March 24, 2022, at 11:00 a.m.  Members of the press and public who wish to join the proceeding

may dial 1-888-363-4749 and enter access code 1613818, with their telephones on mute.

Consistent with the standing orders of this court and local rules, no rebroadcasting or recording

of the proceeding is permitted.

      SO ORDERED.

Dated: New York, New York
       March 17, 2022

                                 _Kimba M. Wood_

                                 KIMBA M. WOOD
                    UNITED STATES DISTRICT JUDGE