```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ROSA SANTIAGO RODRIGUEZ,

                Defendant.
-------------------------------------------------------------------x

**ORDER**
19 CR 729 (KMW)

KIMBA M. WOOD, District Judge:

    The Court will hold a remote conference in the above captioned case on Friday, April 29, 2022, at 9:00 a.m. Members of the press and public who wish to hear the proceeding may dial 1-888-363-4749, and enter Access Code 1613818. Consistent with the standing orders of this court and local rules, no recording or rebroadcasting of the proceeding is permitted.

    SO ORDERED.

Dated: New York, New York
         April 20, 2022

                                               _____
                                                 KIMBA M. WOOD
                                          UNITED STATES DISTRICT JUDGE