

U.S. Department of Justice

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/22

May 17, 2022

**MEMO ENDORSED**

BY ECF
Honorable Kimba M. Wood
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *United States* v. *Rosa Santiago Rodriguez*, No. S1 19 Cr. 729 (KMW)

Dear Judge Wood:

The Government writes to request that the Court adjourn the conference scheduled for May 25th at 4:00 p.m. and to schedule sentencing. The parties have scheduled a change of plea hearing before the duty magistrate judge on May 27th at 10 a.m. The Government will provide the Court with a copy of the change of plea hearing transcript and the *Pimentel* letter promptly after the plea. In addition, the Government respectfully requests that the Court exclude time until the date of sentencing under the Speed Trial Act in order to permit the defendant time to enter her change of plea and for the Court to review and accept the defendant's change of plea. The defendant consents to these requests.

Granted
KMW

Sentencing is scheduled for September 7, 2022, at 12:00 p.m. Time is excluded through September 7, 2022.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *Cecilia Vogel*
Cecilia E. Vogel
Assistant United States Attorney
(212) 637-1084

cc: Jeffrey Pittell, Esq. (by ECF)

SO ORDERED: N.Y., N.Y. 5/18/22

*Kimba M. Wood*
KIMBA M. WOOD
U.S.D.J.