UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/6/22
```

------------------------------- x

UNITED STATES OF AMERICA

- v. -

ROSA SANTIAGO RODRIGUEZ,

Defendant.

------------------------------- x

[PROPOSED] ORDER

19 Cr. 729 (KMW)

WHEREAS, with the defendant Rosa Santiago Rodriguez's consent, her guilty plea allocution was made before a United States Magistrate Judge on May 27, 2022;

WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

WHEREAS, upon review of that transcript, this Court has determined that the defendant Rosa Santiago Rodriguez entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant Rosa Santiago Rodriguez's guilty plea is accepted.

SO ORDERED:

Dated:     New York, New York
           June 6, 2022

_____
THE HONORABLE KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK