UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

UNITED STATES OF AMERICA

    -against-

ROSA SANTIAGO RODRIGUEZ,

                        Defendant.
------------------------------------------------------------------x

**ORDER**
19 CR 729 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/17/22

KIMBA M. WOOD, District Judge:

    The sentencing currently scheduled for 12:00 p.m. on Wednesday, September 7, 2022, is moved to 1:00 p.m.

    SO ORDERED.

Dated: New York, New York
         August 17, 2022

                                                  _____
                                                    KIMBA M. WOOD
                                       UNITED STATES DISTRICT JUDGE