```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/25/2022
```

# MAHER & PITTELL, LLP
ATTORNEYS AT LAW

| | |
|---|---|
| *Reply To:* | *Long Island Office* |
| **42-40 Bell Blvd, Suite 302** | **10 Bond St, Suite 389** |
| **Bayside, New York 11361** | **Great Neck, New York 11021** |
| **Tel (516) 829-2299** | **Tel (516) 829-2299** |
| *jp@jpittell.com* | *jp@jpittell.com* |

August 24, 2022

**MEMO ENDORSED**

Hon. Kimba M. Wood
U.S. District Court
500 Pearl St..
New York, NY 10017

Re:    *U.S. v. Santiago-Rodriguez*, 19 cr 729

Dear Judge Wood:

I am counsel for Rosa Santiago-Rodriguez, the defendant in the above referenced matter.

Previously, Mr. Santiago-Rodriguez pled guilty pursuant to a Plea Agreement. Her sentence is scheduled for September 7, 2022.

There was delay in scheduling Ms. Santiago-Rodriguez's presentence interview which occurred earlier today. As such, in order for me to have sufficient time to review and respond to the pending draft PSR, as well as prepare a sentencing memorandum on behalf of Ms. Santiago Rodriguez, I respectfully request that her sentencing be adjourned.

Subject to the court's availability, I respectfully request it be adjourned for approximately sixty days to a date during the week of November 7, 2022 (except for November 9 or 11).

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc:  Cecilia Vogel, AUSA

---

**Sentencing is adjourned to November 16, at 12:30pm.**

**SO ORDERED.**

**New York, New York**         */s/ Kimba M. Wood*
**Dated: August 25, 2022**     **KIMBA M. WOOD**
                               **United States District Judge**