# MAHER & PITTELL, LLP
### ATTORNEYS AT LAW

Reply To:
**42-40 Bell Blvd, Suite 302**
**Bayside, New York 11361**
Tel (516) 829-2299
jp@jpittell.com

*Long Island Office*
**10 Bond St, Suite 389**
**Great Neck, New York 11021**
Tel (516) 829-2299
jp@jpittell.com

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/22

November 3, 2022

Hon. Kimba M. Wood
U.S. District Court
500 Pearl St..
New York, NY 10017

Re: *U.S. v. Santiago-Rodriguez*, 19 cr 729

**MEMO ENDORSED**

Dear Judge Wood:

I am counsel for Rosa Santiago-Rodriguez, the defendant in the above referenced matter.

Previously, Ms. Santiago-Rodriguez pled guilty pursuant to a Plea Agreement. Her sentence is scheduled for November 16, 2022.

I received the Presentence Interview Report ("PSR") last month. However, Ms. Santiago-Rodriguez does not speak nor read English. Accordingly, I requested the PSR be translated and transcribed into Spanish. Earlier this week, I received the translated version of the PSR and have mailed it to Ms. Santiago-Rodriguez. However, at this point, I need additional time to review the PSR with her, prepare a response to the PSR (if necessary), as well as prepare a sentencing memorandum on her behalf. Accordingly, I respectfully request that her sentencing be adjourned.

Subject to the court's availability, I respectfully request it be adjourned to a date during the week of either December 19th or 26th or thereafter.

I have conferred with the Government and they consent to this request.

Respectfully submitted,
/s/
Jeffrey G. Pittell

cc: Cecilia Vogel, AUSA

*Sentencing is adjourned to January 4, 2023, at 11:30 a.m. Defendant's submission is due by December 21. Government submission is due by December 28.*

SO ORDERED: N.Y., N.Y. 11/4/22

_____
KIMBA M. WOOD
U.S.D.J.