UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

UNITED STATES OF AMERICA

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/23

          -against-

ROSA SANTIAGO-RODRIGUEZ,

                    Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 729 (KMW)

KIMBA M. WOOD, District Judge:

Due to a conflict with the Court's calendar, sentencing currently scheduled for February 1, 2023, is adjourned to February 15, 2023, at 11:30 a.m.

SO ORDERED.

Dated: New York, New York
       January 23, 2023

                                      */s/ Kimba M. Wood*
                                      KIMBA M. WOOD
                              UNITED STATES DISTRICT JUDGE