```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/23
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
UNITED STATES OF AMERICA

        -against-

ROSA SANTIAGO RODRIGUEZ,

                Defendant.
-----------------------------------------------------------------x

**ORDER**
19 CR 729 (KMW)

KIMBA M. WOOD, District Judge:

    Sentencing currently scheduled for February 15, 2023, is adjourned to February 22, 2023, at 2:00 p.m.

    SO ORDERED.

Dated: New York, New York
         January 25, 2023

                                                      /s/ Kimba M. Wood
                                                      KIMBA M. WOOD
                                                  UNITED STATES DISTRICT JUDGE