UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
UNITED STATES OF AMERICA

         -against-

TIMOTHY MITCHELL,

                           Defendant.
-------------------------------------------------------------------x

**ORDER**
20 CR 504 (KMW)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/27/23

KIMBA M. WOOD, District Judge:

Sentencing currently scheduled for February 8, 2023, is adjourned to February 15, 2023, at 11:30 a.m. Defendant's submission is due by February 1, 2023. Government submission is due by February 8, 2023.

SO ORDERED.

Dated: New York, New York
        January 25, 2023

*/s/ Kimba M. Wood*
KIMBA M. WOOD
UNITED STATES DISTRICT JUDGE